
FILED
GREAT FALLS DIV.

'06 OCT 2 PM 1 58

PATRICK E. DUFFY, CLERK
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| JOSEPH TODD HAUBRICH,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM MacDONALD, Warden, C.C.C.; MR. LAW, Associate Warden, C.C.C.; MRS. LAMEY, Unit Manager, C.C.C.; MS. ELLINGTON, Unit Counselor, C.C.C.; BILL SLAUGHTER, Director, Department of Corrections; JOHN AND JANE DOES, Commissioner of Social Security,<br><br>    Defendants. | CV-05-117-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation of United States Magistrate Judge[1] on September 1, 2006. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Docket No. 8

Upon review of the record, I find no error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

1. All of Plaintiff's claims, except for the claim his cell is too cold for the winter, are DISMISSED with prejudice.

2. Defendants Jim MacDonald, Mr. Law, and Bill Slaughter are DISMISSED.

3. Plaintiff's motion to certify a class action is DENIED.

DATED this 2nd day of October, 2006.

SAM E. HADDON
United States District Judge